| | | |
|---|---|---|
| People v Rodriguez (Elias) | 2d Dept: 148 AD3d 938 (Queens) | denied 6/13/17 (Stein, J.) |
| People v Rodriguez (Jose) | App Div, 3d Dept: 2017 NY Slip Op 65165(U) (Otsego) | denied 6/6/17 (Rivera, J.) |
| People v Romaine | 1st Dept: 149 AD3d 442 (NY) | denied 6/14/17 (DiFiore, Ch. J.) |
| People v Romero | 4th Dept: 147 AD3d 1461 (Monroe) | denied 6/6/17 (Rivera, J.) |
| People v Rosales | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 55 (Kings) | denied 6/6/17 (Rivera, J.) |
| People v Rowe | County Ct, 3/14/16 (Tompkins) | denied 6/6/17 (Rivera, J.) |
| People v Ryder | 3d Dept: 146 AD3d 1022 (Albany) | denied 6/8/17 (Wilson, J.) |
| People v Saffold | 4th Dept: 148 AD3d 1669 (Onondaga) | denied 6/1/17 (Stein, J.) |
| People v Santana (Eric) | 1st Dept: 149 AD3d 499 (NY) | denied 6/19/17 (DiFiore, Ch. J.) |
| People v Santana (Leonardo) | 2d Dept: 146 AD3d 990 (Queens) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Sapp | 4th Dept: 147 AD3d 1532 (Erie) | denied 6/28/17 (Rivera, J.) |
| People v Scarver | App Div, 4th Dept, 3/2/17 (Erie) | dismissed 6/15/17 (DiFiore, Ch. J.) |
| People v Schaffino | 1st Dept: 149 AD3d 630 (NY) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Shabazz | App Div, 3d Dept: 2016 NY Slip Op 91183(U) (Franklin) | denied 6/6/17 (Rivera, J.) |
| People v Sharp | 2d Dept: 148 AD3d 1058 (Dutchess) | denied 6/6/17 (Rivera, J.) |
| People v Shaun | 4th Dept: 148 AD3d 1658 (Ontario) | denied 6/26/17 (Stein, J.) (Appeal No. 2) |
| People v Shaw | 2d Dept: 148 AD3d 938 (Kings) | denied 6/7/17 (Fahey, J.) |
| People v Shevardenidze | 2d Dept: 148 AD3d 733 (Kings) | denied 6/22/17 (Wilson, J.) |
| People v Simcoe | 4th Dept: 148 AD3d 1724 (Niagara) | denied 6/30/17 (Rivera, J.) |
| People v Simmons | App Term, 1st Dept: 55 Misc 3d 140(A) (Bronx) | denied 6/26/17 (Stein, J.) |
| People v Simpson | App Div, 1st Dept: 2017 NY Slip Op 67547(U) (Bronx) | dismissed 6/9/17 (Rivera, J.) |
| People v Slater | 2d Dept: 143 AD3d 921 (Dutchess) | denied 6/6/17 (Rivera, J.) (Appeal Nos. 1 and 2) |
| People v Slishevsky | 4th Dept: 149 AD3d 1488 (Onondaga) | denied 6/23/17 (DiFiore, Ch. J.) |
| People v Smith (Bennie) | 4th Dept: 145 AD3d 1631 (Onondaga) | denied 6/15/17 (DiFiore, Ch. J.) |